1  BRIAN J. STRETCH (CABN 163973)
   Acting United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  ADAM WRIGHT (MABN 661283)
   Assistant United States Attorney
5          450 Golden Gate Avenue, Box 36055
           San Francisco, California 94102-3495
6          Telephone: (415) 436-7368
           Fax: (415) 436-6982
7          E-mail: adam.wright@usdoj.gov

8  Attorneys for the United States of America

9                          UNITED STATES DISTRICT COURT

10                        NORTHERN DISTRICT OF CALIFORNIA

11                              SAN FRANCISCO DIVISION

12

13  UNITED STATES OF AMERICA,              )  CASE NO. 3:13-CR-00758-WHO
                                           )
14          Plaintiff,                     )  STIPULATION AND ORDER VACATING
                                           )  EVIDENTIARY HEARING AND SETTING
15      v.                                 )  MATTER FOR STATUS HEARING
                                           )
16  MELLINA WILLIAMS,                      )
                                           )
17          Defendant.                     )
                                           )
18

19      This matter is currently set for an evidentiary hearing on November 24, 2015. The defendant,

20  Mellina Williams, represented by Candis Mitchell, Esq., and the government, represented by Adam

21  Wright, Assistant United States Attorney, respectfully request that the Court vacate the evidentiary

22  hearing and set the matter for a status hearing.

23      As grounds for this request, the parties believe that the state criminal proceeding, *California v.*

24  *Mellina Williams*, Case No. 185009 (Superior Court County of Contra Costa), should be allowed to go

25  forward first. Ms. Williams has not appeared on the state case, which involves the same facts as alleged

26  in Charge Two of the Form 12, while she has been in federal custody. The parties believe that the state

27  proceeding should be allowed to move forward first, in order to prevent dual proceedings and in order to

28  allow the state criminal charges to reach a resolution.

MOTION AND ORDER
3:13-CR-00758 WHO

1  The parties expect to reach an agreement regarding Ms. Williams's bond conditions that will
2  allow her to appear on the state charges in Contra Costa County.  Once those charges are resolved, the
3  parties further expect that they – and this Court – will be in a better position to assess the Form 12.  The
4  parties have requested to appear before the duty judge on November 23, 2015 in order to request
5  modification of Ms. Williams's bond conditions to allow her to appear on the state charges.

6  The parties also request that the Court vacate the evidentiary hearing and set the matter for
7  status.  The parties are available to appear on November 24, 2015 or at any other date of the Court's
8  convenience.

10 SO STIPULATED:

12  BRIAN J. STRETCH
    Acting United States Attorney

14 DATED: November 20, 2015                /s/
                                           ADAM WRIGHT
15                                         Assistant United States Attorney

17 DATED: November 20, 2015                /s/
                                           CANDIS MITCHELL
18                                         Attorney for Mellina Williams

MOTION AND ORDER
3:13-CR-00758 WHO

<u>ORDER</u>

The Court hereby vacates the evidentiary hearing scheduled for November 24, 2015 and converts this hearing to a status conference to be conducted on December 17, 2015 at 1:30 p.m.

IT IS SO ORDERED.

DATED: November 23, 2015

_____
HON. WILLIAM H. ORRICK III
United States District Court Judge

MOTION AND ORDER
3:13-CR-00758 WHO