1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  ADAM WRIGHT (MABN 661283)
   Assistant United States Attorney
5       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
6       Telephone: (415) 436-7368
        Fax: (415) 436-6982
7       E-mail: adam.wright@usdoj.gov

8  Attorneys for the United States of America

9
                       UNITED STATES DISTRICT COURT
10
                      NORTHERN DISTRICT OF CALIFORNIA
11
                            SAN FRANCISCO DIVISION
12

13 | UNITED STATES OF AMERICA,        ) CASE NO. 3:13-CR-00758-WHO
                                      )
14 |       Plaintiff,                  ) STIPULATION AND [PROPOSED] ORDER
                                      ) CHANGING DATE FOR STATUS HEARING
15 |    v.                            )
                                      )
16 | MELLINA WILLIAMS,                 )
                                      )
17 |       Defendant.                  )
                                      )
18

19      This matter is currently set for a status hearing on April 21, 2016.  The defendant, Mellina

20 Williams, represented by Candis Mitchell, Esq., and the government, represented by Adam Wright,

21 Assistant United States Attorney, respectfully request that the Court move the status date to June 16,

22 2016 based on a related state hearing that is now scheduled to go forward on May 24, 2016.

23      As grounds for this request, the parties represent that the state criminal proceeding, *California v.*

24 *Mellina Williams*, Case No. 185009 (Superior Court County of Contra Costa), is currently set for a

25 hearing on May 24, 2016.  The facts at issue in the state case involve the same facts alleged in Charge

26 Two of the Form 12 in this proceeding.  The parties believe that moving the status date until after this

27 state hearing should provide greater clarity on the Form 12 proceeding.

28 ///

MOTION AND [PROPOSED] ORDER
3:13-CR-00758 WHO

1   The parties previously submitted a request to move the status date based on an understanding
2   that the state matter would go forward on April 12, 2016.  The parties now understand that this hearing
3   date has been moved to May 24, 2016.  As a result, the parties are requesting additional time to allow
4   the state case to proceed, before the parties evaluate the status of the Form 12 proceeding.
5   For this reason, the parties respectfully request that the Court move the status date in this matter
6   until June 16, 2016.  The Probation Office is also available on this date.

8   SO STIPULATED:

                                                BRIAN J. STRETCH
10                                              United States Attorney

12  DATED: April 20, 2016                       ⎯⎯⎯⎯/s/⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
                                                ADAM WRIGHT
13                                              Assistant United States Attorney

15  DATED: April 20, 2016                       ⎯⎯⎯⎯/s/⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
                                                CANDIS MITCHELL
16                                              Attorney for Mellina Williams

MOTION AND [~~PROPOSED~~] ORDER
3:13-CR-00758 WHO

# [~~PROPOSED~~] ORDER

The Court hereby moves the status hearing scheduled in this matter from April 21, 2016 to June 16, 2016.

IT IS SO ORDERED.

DATED: April 21, 2016

_____
HON. WILLIAM H. ORRICK III
United States District Court Judge

MOTION AND [~~PROPOSED~~] ORDER
3:13-CR-00758 WHO